IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA BATTLES                                                          PLAINTIFF

V.                              CASE NO. 3:16-CV-00347-JTK

NANCY A. BERRYHILL, *Commissioner*
Social Security Administration                                          DEFENDANT

## JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded

to the Defendant for further administrative action pursuant to sentence four (4) of § 405(g) of the

Social Security Act, 42 U.S.C. § 405(g).  *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 26th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE